Complete and Mail To:
**BORRELLI & ASSOCIATES, P.L.L.C.**
Attn: PEDRO CRUZ-PENA, et al. v. GREAT KITCHEN SUPPORT CORP, et al.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit entitled <u>PEDRO CRUZ-PENA, on behalf of himself, individually, and on behalf of all others similarly-situated v. GREAT KITCHEN SUPPORT CORP, and CHRISTIAN DIAZ, individually (together as "Defendants"), Docket No.: 24-cv-6263</u>, brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the previous six years. I elect to join this case in its entirety with respect to any wage and hour-related claims asserted in the Complaint filed in this matter and/or under any Federal and/or State law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. to represent me for all purposes of this action.



Signature

PEDRO CRUZ
Full Legal Name (Print)

Completar y Enviar a:
**BORRELLI & ASSOCIATES, P.L.L.C.**
Attn: PEDRO CRUZ-PENA, et al. v. GREAT KITCHEN SUPPORT CORP, et al.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027

## CONSENTIMIENTO PARA UNIRSE A UNA ACCIÓN COLECTIVA

Doy mi consentimiento para unirme a la demanda titulada, PEDRO CRUZ-PENA, on behalf of himself, individually, and on behalf of all others similarly-situated, v. GREAT KITCHEN SUPPORT CORP., and CHRISTIAN DIAZ, individually (PEDRO CRUZ-PENA, en su mismo nombre, individualmente y en nombre de todos aquellos similarmente situados, v. GREAT KITCHEN SUPPORT CORP, y CHRISTIAN DIAZ, individualmente), Docket No.: _____, interpuestos en virtud de la Ley de Normas Laborales Justas, la Ley de Trabajo del Estado de Nueva York, y el Código de Nueva York de las Reglas y Reglamentos.

Al firmar abajo, yo declaro que estoy actualmente o fui anteriormente empleado por los acusados en algún momento durante los seis años anteriores. Yo entro a este caso en su totalidad, con respecto a cualquier reclamo acerca de salarios en la Denuncia presentada o bajo cualquier ley Federal y/o estatal, regla o reglamento.

Por la presente designo a Borrelli & Associates, P.L.L.C. que me represente a todos los efectos de esta acción.



_____
Firma

**PEDRO CRUZ**
Nombre Completo