**Complete and Mail To:**
**BORRELLI & ASSOCIATES, P.L.L.C.**
Attn: PEDRO CRUZ-PENA, et al. v. GREAT KITCHEN SUPPORT CORP, et al.
910 Franklin Avenue, Suite 200
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit, entitled <u>PEDRO CRUZ-PENA, on behalf of himself, individually, and on behalf of all others similarly-situated, v. GREAT KITCHEN SUPPORT CORP, and CHRISTIAN DIAZ, individually</u> (together as "Defendants"), Docket No.: 24-cv-6263          , brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by one, some, or all of the Defendants at some point during the previous six years. I elect to join this case in its entirety with respect to any wage and hour-related claims asserted in the Complaint filed in this matter and/or under any Federal and State law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. ("Plaintiff's Counsel") to represent me for all purposes of this action.

I also designate PEDRO CRUZ-PENA, the collective representative who brought the above-referenced lawsuit, as my agent to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by PEDRO CRUZ-PENA, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____
Signature

Amalia Lisetly Godinez Cifuentes de Estrada
Full Legal Name (Print)

**Completar y Enviar a:**
**BORRELLI & ASSOCIATES, P.L.L.C.**
Attn: PEDRO CRUZ-PENA, et al. v. GREAT KITCHEN SUPPORT CORP, et al.
**910 Franklin Avenue, Suite 205**
**Garden City, New York 11530**
**Tel: (516) 248-5550**
**Fax: (516) 248-6027**

### CONSENTIMIENTO PARA UNIRSE A UNA ACCIÓN COLECTIVA

Doy mi consentimiento para unirme a la demanda titulada, PEDRO CRUZ-PENA, on behalf of himself, individually, and on behalf of all others similarly-situated, v. GREAT KITCHEN SUPPORT CORP., and CHRISTIAN DIAZ, individually (PEDRO CRUZ-PENA, en su mismo nombre, individualmente y en nombre de todos aquellos similarmente situados, v. GREAT KITCHEN SUPPORT CORP. y CHRISTIAN DIAZ, individualmente), Docket No.:    24-cv-6263    , interpuestos en virtud de la Ley de Normas Laborales Justas, la Ley de Trabajo del Estado de Nueva York, y el Código de las Reglas y Reglamentos de Nueva York.

Al firmar abajo, yo declaro que estoy actualmente o fui anteriormente empleado por los acusados en algún momento durante los seis años anteriores. Yo entro a este caso en su totalidad, con respecto a cualquier reclamo acerca de salarios en la denuncia presentada o bajo cualquier ley Federal y estatal, regla o reglamento.

Por la presente designo a Borrelli & Associates, P.L.L.C. que me represente a todos los efectos de esta acción.

También designo a PEDRO CRUZ-PENA, el representante colectivo que presentó la demanda antes mencionada, como mi agente para tomar decisiones en mi nombre con respecto al litigio y el método y la manera de llevar a cabo el litigio. También declaro que he celebrado mi propio acuerdo de retención con el abogado del demandante o doy mi consentimiento al acuerdo de retención celebrado por PEDRO CRUZ-PENA, con respecto a los honorarios y costos de los abogados, y todos los demás asuntos relacionados con esta demanda.



_____
Firma

Amalia Liseth Godinez Cifuentes
Nombre Completo