# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PEDRO CRUZ-PEÑA, on behalf of himself, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GREAT KITCHEN SUPPORT CORP., and CHRISTIAN DIAZ, individually,<br><br>Defendants. | **24 CV 6263 (PKC) (RML)** |

# REMINDER – DEADLINE TO JOIN LAWSUIT IS [INSERT DUE DATE]

*Important: You are NOT being sued.  This Notice is NOT a solicitation from a lawyer.*
*The Court authorized this Notice.*

This letter is to remind you that the deadline to opt-in to the wage-and-hour lawsuit currently pending against GREAT KITCHEN SUPPORT CORP. is [INSERT].  If you want to participate in the lawsuit as detailed in the prior "Court Authorized Notice of Lawsuit" that was mailed to you on [INSERT DATE OF MAILING], and is also enclosed herewith for your convenience, you must take two steps:

**STEP 1:**     **COMPLETE AND SIGN THE ATTACHED "CONSENT TO JOIN LAWSUIT" FORM; *AND***

**STEP 2:**     **MAIL THE "CONSENT TO JOIN LAWSUIT" FORM TO THE ADDRESS BELOW TO ALLOW FOR FILING BY ON OR BEFORE [INSERT DUE DATE]:**

| | |
|---|---|
| Borrelli & Associates, P.L.L.C.<br>910 Franklin Avenue, Suite 205<br>Garden City, New York 11530 | You can also: fax the Consent to Join Lawsuit form to: (516) 248-6027; or scan and email it to: apc@employmentlawyernewyork.com |

If you are receiving this Notice, you should only make your decision to participate in this lawsuit after reviewing the information contained in the "Court Authorized Notice of Lawsuit."  If you have not received the "Court Authorized Notice of Lawsuit" you may contact Borrelli & Associates, P.L.L.C., either by telephone at (516) 248-5550, or by e-mail at apc@employmentlawyernewyork.com, to request a copy.

THE COURT HAS NOT TAKEN ANY POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANT'S DEFENSES.