# EXHIBIT C

## **PROPOSED TEXT MESSAGE NOTICE OF LAWSUIT**

## **COURT AUTHORIZED NOTICE OF LAWSUIT**

If you worked for GREAT KITCHEN SUPPORT CORP. and/or CRISTIAN DIAZ, (collectively "Defendants"), at any time between September 6, 2021, and the present, as a Kitchen Assistant or Cook, you might be entitled to join a lawsuit seeking backpay for unpaid overtime compensation and other statutory damages. For additional information about the case, including how to join, visit [*URL linking to a copy of the court-authorized notice form and/or the court-authorized reminder notice when applicable*].

THIS ELECTRONIC NOTICE AND ITS CONTENTS ARE NOT SPAM OR A SOLICITATION TO JOIN A LAWSUIT.

THE COURT HAS NOT TAKEN ANY POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANT'S DEFENSES.