# EXHIBIT D

## PROPOSED EMAIL NOTICE OF LAWSUIT

**SUBJECT:** "COURT AUTHORIZED MESSAGE: *Cruz-Pena v. Great Kitchen Support Corp.*, Case No. 24 CV 6263 (E.D.N.Y)"

If you worked for GREAT KITCHEN SUPPORT CORP. and/or CRISTIAN DIAZ ("Defendants"), at any time between September 6, 2021, and the present, as Kitchen Assistant or Cook, you might be entitled to join a lawsuit seeking backpay for overtime compensation and other statutory damages. For additional information about the case, including how to join, please open and review the attached documents.

THIS ELECTRONIC NOTICE AND ITS CONTENTS ARE NOT SPAM OR A SOLICITATION TO JOIN A LAWSUIT. THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE HONORABLE ROBERT M. LEVY OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. THE COURT HAS NOT TAKEN ANY POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANT'S DEFENSES.