# EXHIBIT A

6:54

# Hazle saber a Borrelli & Associates, P.L.L.C. que estás interesado  [Recibidos]

**Michael J. Borr...**  5:40 p.m.
para mí

---

**Traducir al Español**   ✕

   Sign in

## Michael J. Borrelli wants to talk to you about the None opportunity

**Confirm my interest**

After you confirm your interest, we will share your contact details with the employer.

**Decline**

I would not like my contact details shared with this employer.

Do not reply to this email. Responding directly to this email will not result in a message to the employer. To

You are receiving this email because you work and/or recently worked for Great Kitchen as an employee performing manual labor. We have been retained by several employees and/or former employees and have filed a lawsuit against Great Kitchen for improper wage payment and/or improper payment of overtime pay. Current and/or former employees are also protected from retaliation if they pursue their rights. If you have any interest in learning more about our investigation, or if you are willing to provide information in furtherance of this investigation, we encourage you to speak with us as soon as possible. You can call us at (212) 679-5000 or (516) 248-5550 at a time that is convenient for you, or you may contact me via email at mjb@employmentlawyernewyork.com. Thank you for your time.

**Job details**

Job title:

None

Company:

Borrelli & Associates, P.L.L.C.

6:54



**Mensajes**



Hoy

**Michael J. Borrelli** • 5:40 p.m.

You are receiving this email because you work and/or recently worked for Great Kitchen as an employee performing manual labor. We have been retained by several employees and/or former employees and have filed a lawsuit against Great Kitchen for improper wage payment and/or improper payment of overtime pay. Current and/or former employees are also protected from retaliation if they pursue their rights. If you have any interest in learning more about our investigation, or if you are willing to provide information in furtherance of this investigation, we encourage you to speak with us as soon as possible. You can call us at (212) 679-5000 or (516) 248-5550 at a time that is convenient for you, or you may contact me via email at mjb@employmentlawyernewyork.com. Thank you for your time.

Escribe tu respuesta

Enviar

Inicio   Mis empleos   **Mensajes**   Perfil