# BORRELLI & ASSOCIATES

## P.L.L.C.

www.employmentlawyernewyork.com

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

910 Franklin Avenue
Suite 200
Garden City, NY 11530
Tel. No. 516.248.5550
Fax No. 516.248.6027

September 19, 2025

*By ECF*

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Cruz-Pena v. Great Kitchen Support Corp., 24 CV 6263 (PKC) (RML)*

Dear Judge Levy:

   I represent the named Plaintiff and two opt-in Plaintiffs in this action for wage and hour violations of the Fair Labor Standards Act and New York Labor Law. I am writing jointly with Defendants' counsel Regina E. Faul to request the Court's final approval of the collective action notices as revised in accordance with the Court's Memorandum and Order dated July 28, 2025 (ECF Doc. 30). On August 26, 2025, the Court extended the deadline for submission of this joint motion through today, in response to the parties' request (ECF Doc. 32).

   The parties attach here for the Court's final approval: (i) Notice of Lawsuit and Consent Form; (ii) Proposed Email; (iii) Proposed Text Message; and (iv) Reminder. We appreciate the Court's consideration.

       Respectfully submitted,

       Anthony P. Consiglio, Esq.

cc: All Counsel (by ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO CRUZ-PEÑA, on behalf of himself, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        -against-<br><br>GREAT KITCHEN SUPPORT CORP., and CHRISTIAN DIAZ, individually,<br><br>                    Defendants. | **24 CV 6263 (PKC) (RML)** |

## <u>COURT AUTHORIZED NOTICE OF LAWSUIT</u>

If you worked for Great Kitchen Support Corp. ("Defendant"), at any time between September 6, 2021, and the present, ***please read this Notice.***

> *Important: You are NOT being sued. This Notice is NOT a solicitation from a lawyer. The Court authorized this Notice.*

- Plaintiffs Pedro Cruz-Pena, Dianelba Suriel, and Amalia Godinez are former employees of Defendants, who worked for Defendant as Kitchen Assistants and/or Cooks.

- Plaintiffs are pursuing this lawsuit against Defendants on behalf of themselves and all other current and former employees who worked for Defendants as a Kitchen Assistant or Cook at any time between September 6, 2021, and the present. Plaintiffs allege that Defendants failed to pay them the minimum wage. Plaintiffs further claim that they worked over forty hours per week and that Defendant paid them an arbitrary weekly salary, and did not pay them overtime pay for the hours that they worked over forty each week, in violation of the Fair Labor Standards Act. Defendant denies any wrongdoing and maintains that it properly paid all of its employees in accordance with the law.

- The Court has authorized Plaintiffs to send out this Notice. The Court has not yet decided who is right or who is wrong. However, your legal rights may be affected, and you have a choice to make now.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| ASK TO BE INCLUDED | If you choose to be included in this collective action, you must complete the "Consent to Join Lawsuit" form at the end of this Notice.  You may then share in any proceeds from a settlement or judgment if those bringing the claims are successful and you qualify under the law, but you give up any rights to separately sue the Defendant for the same legal claims in this lawsuit. |
| DO NOTHING | By doing nothing, you will not be included in this lawsuit, and the statute of limitations on your federal claims continues to run. |

### 1.  Why did I get this notice?

You are getting this notice because Defendant's records show that you may have worked for Defendant at some point between September 6, 2021, through the present, as Kitchen Assistant and/or a Cook.

### 2.  What is a collective action and who is involved?

In a collective action lawsuit, one or more persons can bring a lawsuit on behalf of others who have similar claims.  The individuals who brought and joined this lawsuit are called the Plaintiffs. The corporate entity that is being sued is called the Defendants.  One court resolves the issues for everyone who decides to join the case.

### 3.  What is this collective action lawsuit about?

Plaintiffs allege that Defendants' compensation practices violated federal law.  Plaintiffs claim that they and those similarly-situated who worked for Defendants are entitled to unpaid overtime wages, liquidated damages, attorneys' fees, and costs.

Defendants denys any wrongdoing and/or liability and maintains that they paid all of their employees in accordance with the law.

### 4.  What is the purpose and effect of this notice?

This notice is for the sole purpose of determining those persons who wish to be involved in this case.

If you elect to join this proceeding, and Plaintiffs successfully obtain a settlement or a judgment, you may be entitled to some portion of the recovery.  There are no assurances that any recovery will be awarded.

You should be aware that a claim under the Fair Labor Standards Act must be brought within two years of the date that the claim accrues, unless you can prove that your employer's violation was "willful," in which case the claim must be brought within three years.

### 5. How do I join this collective action lawsuit?

To participate in this lawsuit, you need to fill out the enclosed form titled "Consent to Join Lawsuit" and mail it in the enclosed, postage-paid envelope, to Plaintiffs' Counsel, Borrelli & Associates, P.L.L.C.  Should the enclosed envelope be lost or misplaced, the Consent to Join Lawsuit form must be sent to:

Borrelli & Associates, P.L.L.C.                    You can also: fax the Consent to Join
910 Franklin Avenue, Suite 205                  Lawsuit form to (516) 248-6027; or scan
Garden City, New York 11530                     and email it to
Tel: (516) 248-5550                                    **apc@employmentlawyernewyork.com**

The signed Consent to Join Lawsuit form must be filed with the Court **by [60 days from mailing of notice]**.  If your signed Consent to Join Lawsuit form is not filed with the Court **by [60 days from mailing of notice]**, you may not be allowed to participate in this lawsuit.

### 6. If I choose to join this lawsuit, will I have to participate in any legal proceeding?

Most likely, if you choose to join this lawsuit, you will be required to provide information and answer questions relating to your employment with Defendants.  You may be required to testify at a deposition or at a trial, respond to written questions, and/or produce documents relevant to the case.  For this reason, if you join the lawsuit, you should preserve all documents relating to your employment with the Defendants that are currently in your possession.  Plaintiffs' attorneys will assist you with these requirements if you elect for them to represent you, as explained below in section 10 below.

Additionally, you will be bound by any ruling, settlement, or judgment, whether favorable or unfavorable.  If there is a favorable resolution, either by settlement or judgment, and you qualify under the law, you may be entitled to some portion of the recovery.  By joining this lawsuit, you designate Plaintiffs, or their counsel, to the fullest extent possible, to make decisions on your behalf concerning the case, the method and manner of conducting the case, and all other matters pertaining to this lawsuit.  Decisions made and agreements entered into by Plaintiffs or their counsel relating to the lawsuit will be binding on you if you join the lawsuit.

### 7. What happens if I do nothing at all?

You will not be included in this lawsuit and you will not be affected by any settlement or judgment rendered in this case, whether favorable or unfavorable.  The limitations period on your claims will, however, continue to run.

### 8. Can I participate in this collective action lawsuit regardless of my immigration status?

Yes.  You have a right to participate in this lawsuit regardless of your immigration status.

### 9. If I join, will there be any impact on my employment?

No.  Federal law prohibits Defendants from discharging or in any other manner retaliating against

you because you joined this case or have in any other way exercised your rights under federal law.

| 10. Do I have a lawyer in this case? |
|---|

Plaintiffs are represented by Borrelli & Associates, P.L.L.C.  If you choose to join this lawsuit, Borrelli & Associates, P.L.L.C. will represent you on a contingency fee basis, meaning that you will not owe any attorneys' fees unless Plaintiffs are successful and win the case or obtain a settlement, in which case the Court will likely determine the amount of attorneys' fees to be paid from any such settlement or judgment.

You do not have to be represented by Borrelli & Associates, P.L.L.C. and may instead hire another attorney of your choosing, or represent yourself *pro se* without the assistance of a lawyer.  If you intend to retain your own lawyer or to represent yourself, you should indicate this on the "Consent to Join Lawsuit" form.  If you send back your form but do not indicate that you intend to retain your own lawyer or to represent yourself, the Court will assume that you want Borrelli & Associates, P.L.L.C. to represent you.

The Defendants in this lawsuit are represented by Clark Hill P.C., Regina Faul, Esq., located at 1180 Avenue of the Americas, Suite 1910, New York, New York 10036, (646) 395-8588, rfaul@clarkhill.com.  ***If you decide to join this case, you should not contact defense counsel, but instead rely on Plaintiff's counsel or your own counsel to contact defense counsel.***

| 11. This Notice has been authorized by the Court |
|---|

This notice and its contents have been authorized by Magistrate Judge Robert M. Levy of the United States District Court for the Eastern District of New York, located in Brooklyn, New York. The Court has not yet ruled on whether Plaintiffs' claims or Defendant's defenses have any merit.

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK OF THE COURT ABOUT THIS NOTICE.**

Although the Court has approved the sending of this Notice, the Court expresses no opinion on the merits of the lawsuit.  If you have any questions, you may contact Plaintiffs' attorneys, Borrelli & Associates, P.L.L.C., by telephone at (516) 248-5550, or in writing at Borrelli & Associates, P.L.L.C., 910 Franklin Avenue, Suite 205, Garden City, New York 11530, or by email at apc@employmentlawyernewyork.com.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PEDRO CRUZ-PEÑA, on behalf of himself, individually, and on behalf of all others similarly situated,

                      Plaintiff,

       -against-

GREAT KITCHEN SUPPORT CORP., and CHRISTIAN DIAZ, individually,

                  Defendants.

**24 CV 6263 (PKC) (RML)**

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; AND

2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN [60 DAYS FROM MAILING OF NOTICE].

Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 205
Garden City, New York 11530

You can also: fax this Consent to Join Lawsuit form to: (516) 248-6027; or scan and email it to: apc@employmentlawyernewyork.com

**I consent to join the lawsuit brought pursuant to the Fair Labor Standards Act and any applicable state law, and I elect to be represented by [_choose ONE_]:**

_____ Borrelli & Associates, P.L.L.C. I authorize Plaintiffs Pedro Cruz-Pena, Dianelba Suriel, and Amalia Godinez, and Borrelli & Associates, P.L.L.C., to act on my behalf in all matters relating to this action, including any settlement of my claims brought under federal and state laws.

_____ Another attorney of my choosing, who shall promptly file a notice of appearance on my behalf.

_____ Myself _pro se_ without the assistance of an attorney.

If you do not select any of the representation options above but send back your form to Borrelli & Associates, P.L.L.C., you will automatically be represented by Plaintiffs' lawyers, Borrelli & Associates, P.L.L.C. Moreover, failure to select a representation option above will authorize Pedro Cruz-Pena, Dianelba Suriel, and Amalia Godinez, and Borrelli & Associates, P.L.L.C., to act on your behalf in all matters relating to this action, including any settlement of your federal and/or state law claims. You are permitted to proceed with alternative counsel of your own choosing or to represent yourself _pro se_ without the assistance of an attorney.

_____
**SIGNATURE**

_____
**Address**

_____
**Telephone Number**

_____
**Start Date of Employment**

_____
**PRINT NAME**

_____
**City, State, Zip Code**

_____
**Email Address**

_____
**End Date of Employment**

## COURT-APPROVED EMAIL NOTICE OF LAWSUIT

**SUBJECT:    "COURT AUTHORIZED MESSAGE:** *Cruz-Pena v. Great Kitchen Support Corp.,* **Case No. 24 CV 6263 (E.D.N.Y)"**

If you worked for GREAT KITCHEN SUPPORT CORP. and/or CRISTIAN DIAZ ("Defendants"), at any time between September 6, 2021, and the present, as Kitchen Assistant or Cook, you might be entitled to join a lawsuit seeking backpay for overtime compensation and other statutory damages. For additional information about the case, including how to join, please open and review the attached documents. If you wish to join the case, you may contact Plaintiffs' counsel, or retain your own counsel. The Court neither encourages nor discourages participation in the collective action.

THIS ELECTRONIC NOTICE AND ITS CONTENTS ARE NOT SPAM OR A SOLICITATION TO JOIN A LAWSUIT. THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE HONORABLE ROBERT M. LEVY OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. DEFENDANTS DENY ANY WRONGDOING AND/OR LIABILITY AND MAINTAIN THAT THEY PAID ALL OF THEIR EMPLOYEES IN ACCORDANCE WITH THE LAW. THE COURT HAS NOT TAKEN ANY POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANT'S DEFENSES.

**COURT AUTHORIZED TEXT MESSAGE NOTICE OF LAWSUIT**

If you worked for GREAT KITCHEN SUPPORT CORP. and/or CRISTIAN DIAZ, (collectively "Defendants"), at any time between September 6, 2021, and the present, as a Kitchen Assistant or Cook, you might be entitled to join a lawsuit seeking backpay for unpaid overtime compensation and other statutory damages.  For additional information about the case, including how to join, you may call or email Plaintiffs' counsel's paralegal Carola Delgado, at Borrelli & Associates, P.L.L.C., (516) 248-5550, cid@employmentlawyernewyork.com, or you may retain your own counsel.  If you choose to join the case, you must do so **by [60 days from sending of the text message]** or you may not be permitted to join this lawsuit.

THIS ELECTRONIC NOTICE AND ITS CONTENTS ARE NOT SPAM OR A SOLICITATION TO JOIN A LAWSUIT.

Defendants deny any wrongdoing and/or liability and maintain that they paid all of their employees in accordance with the law.

THE COURT HAS NOT TAKEN ANY POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANT'S DEFENSES AND NEITHER ENCOURAGES NOT DISCOURAGES PARTICIPATION IN THE COLLECTIVE ACTION.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PEDRO CRUZ-PEÑA, on behalf of himself, individually, and on behalf of all others similarly situated,

                    Plaintiff,

          -against-

GREAT KITCHEN SUPPORT CORP., and CHRISTIAN DIAZ, individually,

                    Defendants.

24 CV 6263 (PKC) (RML)

---

# REMINDER – DEADLINE TO JOIN LAWSUIT IS [60 days from mailing of original letter]

*Important: You are NOT being sued.  This Notice is NOT a solicitation from a lawyer.
The Court authorized this Notice.*

This letter is to remind you that the deadline to opt-in to the wage-and-hour lawsuit currently pending against GREAT KITCHEN SUPPORT CORP. is [INSERT DUE DATE].  If you want to participate in the lawsuit as detailed in the prior "Court Authorized Notice of Lawsuit" that was mailed to you on [INSERT ORIGINAL DATE OF MAILING], and is also enclosed herewith for your convenience, you must take two steps:

**STEP 1:**     **COMPLETE AND SIGN THE ATTACHED "CONSENT TO JOIN LAWSUIT" FORM; *AND***

**STEP 2:**     **MAIL THE "CONSENT TO JOIN LAWSUIT" FORM TO THE ADDRESS BELOW TO ALLOW FOR FILING ON OR BEFORE [INSERT DUE DATE] BY PLAINTIFFS' COUNSEL, OR YOU MAY RETAIN YOUR OWN COUNSEL:**

Borrelli & Associates, P.L.L.C.          You can also: fax the Consent to Join Lawsuit
910 Franklin Avenue, Suite 205          form to: (516) 248-6027; or scan and email it to:
Garden City, New York 11530             apc@employmentlawyernewyork.com

Most likely, if you choose to join this lawsuit, you will be required to provide information and answer questions relating to your employment with DefendantS.  You may be required to testify at a deposition or at a trial, respond to written questions, and/or produce documents relevant to the case.

Defendants deny any wrongdoing and/or liability and maintains that it paid all of its employees in accordance with the law.

If you are receiving this Notice, you should only make your decision to participate in this lawsuit after reviewing the information contained in the "Court Authorized Notice of Lawsuit."  If you have not received

the "Court Authorized Notice of Lawsuit" you may contact Borrelli & Associates, P.L.L.C., either by telephone at (516) 248-5550, or by e-mail at apc@employmentlawyernewyork.com, to request a copy.

THE COURT HAS NOT TAKEN ANY POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES AND NEITHER ENCOURAGES NOR DISCOURAGES PARTICIPATION IN THE COLLECTIVE ACTION.